# EXHIBIT 6



**SUNY Cortland**
Student Government
Association

Corey Union, Room
217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

## _Senate Meeting Minutes_

_November 28th, 2023_

**Call to Order- 7:05 pm**

**Present:**

Executive Board (10/10): Joe Mascetta, Emily Sommer, Mercy Aladegboungbe, Justin Horton, Clay Barnett, Emily Gallagher, Parker Arenas, Patrick Kiernan, Tannu Punn, Mary Kate Morris (Advisor)

Senators (4/5): Tony Thompson, Riley Meckley,Vincent Aquino, Faculty Senate Rep(Jeffrey Radloff)

Absent: Saintino Arnold

Club Senators (57/70):

| | |
|---|---|
| 20CSTV (Jake Baglio) | History Club (Kaeleigh Sciria) |
| A Cappella (X) | Inclusive Special Ed (Sienna Nowicki) |
| APEM (William Quick) | International Club (Shreya Dhital) |
| American Cancer Society on Campus (X) | Investment Club (X) |
| Animal Rights Activist (Bowie Aidrich) | Kinesiology Club (Aveleen McGinnvnzars) |
| Archaeology Club (Brooke Shultz) | Know Your Roots (X) |
| AEA (X) | La Familia Latina (Maria Meraz Osiris) |
| AAPISU (X) | Math Club (Giuliana Sambone) |
| Athletic Trainers (Nicholas Annes) | MAPS(Bradley Blake) |
| Best Buddies (Anna Pilkey) | MOVE (Khyla Diggs) |
| Biology (Michael Catogoio) | MOE (Eve Carlo) |
| BSU (Joshua Jamison) | NSSLHA (Lauren Seiler) |



**SUNY Cortland**
Student Government
Association

Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

| | |
|---|---|
| Bridge Cortland (Alexa Raucci) | Newman Club (Zachary Biemer) |
| CSA (X) | NTSO (Joshua Ward) |
| | |
| Chemistry Club (Sofia Macedo) | PASA (Jhenelle Clarke) |
| | Personal Finance (Andrew Lund) |
| Chess Club (Jason Baycura) | Physics and Engineering Club (Brian Harahus) |
| Cortland's Writers Association (Dominique Horsford) | Pre-Dental Club (Stephen Gotsch) |
| Crochet Club (Abbey Hunt) | Pre-Med Club (Connor Shay) |
| CRU (Dristin Hughes) | Pride Club (Madison Lauber) |
| CKC (Kyla Young) | Psychology Club (X) |
| Dartfish (Jordan Pacheco) | RPG (Erick Henstroza) |
| Dragon Chronicle (Anna Corbo) | Spanish Club (Crystal Nunez) |
| Education Club(Valerie Reith) | Special Olympics (Maryrose Carnazza) |
| Entrepreneurship Club (Roman Manetta) | Sport Management (Korey Davis) |
| English Club (Jacqueline Moore) | SAB (Kelsey Quinn) |
| Fashion Club (Taylor Moore) | SAA (X) |
| Female Force (Madison Bauer) | SAFER (Janiells Rivera) |
| French Club (Gaven Jean-Baptiste) | Students for Access and Ability in College (X) |
| Geology Club (Haileigh Rhodes) | SVMC (Andrew C. Reed) |
| GIVE (X) | SCEMS (John Davie) |
| Gospel Choir (Michelle Graham) | SUNY Cortland NAACP (Vichoria Pierre) |
| Habitat for Humanity (X) | SCRA (Julian DeRoziere) |
| Healthcare Management (Alanna Powell) | Women of Color (Angelina Vega) |
| Hellenic Society (Athanasia) | WSUC 90.5FM (Hanna Lewis) |



**SUNY Cortland**
Student Government
Association

Corey Union, Room
217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

Hillel (Kate Baranello)                                    Young  Democrats (X)

Total Quorum: (61/75)

**Guests**: Marrisa Pappas (NYPIRG), Hunter Martorella, Megan Rothmund, Olivia Derose, Gabriella Delorenzo, Molly Elizabeth, Kaylee Evans, Adrianna Argiro, Gabriella Saponara, Nicole Maggio, Grace Badtke, Sophia D'Ambrosio, Raquel Bergfeld, Jamie Heffes, Jenna Gallant, Megan Magner, Madiline Wreals, Maya Boney, Delia DiCarlo, Angeline Santos, Francesca Mariani,  Hailey Napitane, Juniper Lasky, Haley Forber, Marissa Rosen, Jenn Dwyer, Denneille Graham, Cloe Smith, Asha Younas, Shayna Glatter, Nora Donovan, Ellie Gruszka, Julvon Smith, Devin Diaz, Emilia Arllano, Leah Johnson, Tiana Jennings, Michael Townsend, Liam Nelson, Elijah Caceres, Kekesji Appiah, Autum Pittman, Sophia Canine, Delaney Novich, Gianna Gareui, Nicole Bulla, Victoria Virone, Ben Cebs

**Presiding:** Emily Sommer

**Recording:** Parker Arenas

**Reports:**

**Marissa (**NYPIRG**)**

- It as been a god semester for NYPIRG
- NYPIRG is still looking for spring interns
    - Open to all majors
    - Link to apply is in NYPIRG's Instagram bio
- NYPIRG register a total of 777 students to vote
- NYPIRG received 1076 donations during their food drive
    - Half went to the Cortland cupboard and half went to Cap CO
- 142 students filled out the health care survey



- NYPIRG currently has over 250 petition signatures for higher education petition
  - The signature is to help keep tuition prices down
- NYPIRG's renter rights went well
- NYPIRG's intern Kaylee is the first ever Cortland student to get the Albany internship
- Keep NYPIRG in mind for co sponsoring events in the spring
- NYPIRG will be focusing on voter registration and another product drive

**Jeffrey Radloff (Faculty Senate)**

- Senate chair announcements
  - A committee will be formed to look at inequality advising across campus for faculty
  - There will be small changes to the faculty hiring process
  - Document about the use of AI are being introduced to the steering committee
    - There will be updates about this in the spring
- Thank you to Clay and Parker for raising concerns about the lighting in the back of campus
  - It has been resolved
- Vice chair reported a few vacancies on committees and chair positions
- Presidents report
  - Campus constriction is on track
  - University working on strategic plan details
- Provost office updates
  - Working on how to centralize where course syllabus are stored and who has access to them
- Faculty Senate discuses combined bachelor and master programs that will be rolled out somewhere in the future

**Mary Kate Morris (Advisor)**

- If there is any changes to your clubs officers please update them in Cortland Connect
  - SGA needs to know the officers for spring officer training



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

- Utilize campus resources during final week
- Over winter break look at the scholarships available
  - o The Mike Holland scholarship is 5000 dollars for the year and gives preference to those involved in student government, residents life and diversity equity and inclusion on campus
  - o Everyone but seniors are eligible
- Good luck with finals!

**Joe Mascetta (President)**

- Joe and Emily S. attended SUNY SA
  - o They meet different schools SGA's and voted on important amendments
  - o They networked with other school
    - ▪ Joe complied a spreadsheet with students information, if intreated in connecting with these student yourself speak to Joe
- There is one open spot on the chancellors award committee of excellence in teaching
  - o If anyone is interested contact Joe
- Please uphold respect and professionalism tonight
  - o The SGA cabinet is not a voting delegate and approval of clubs is made by Senate

**Mercy Aladegboungbe (Chief Financial Officer)**

- The account Andrea has been out so there has been a back up on PO's, she is now back and working to review them
- Amazon orders may be back up and not arrive in time for club events
  - o Use Walmart as a back up if you can
- Next semesters treasure training will be January 28th, 2024 at 2:30pm in the Corey Union Exhibition Lounge
  - o This is mandatory for all treasures

**Parker Arenas (Secretary)**

- Parker thanked everyone for a good semester and the good conversations he has when everyone walks in the door
- Good luck with finals!

**Patrick Kiernan (Chief of Staff)**

- Good luck with finals!



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

**Tannu Punn (Coordinator of Student Advocacy)**
- Tannu hopes everyone had a good thanksgiving
- Due to a lack of counselors concerns counseling services has partnered with Christie campus help
  - o  Students can now receive online counseling covered by tuition fees
  - o  Email Tannu if interested

**Justin Horton (Associate Financial Officer)**

- Power through final and have a good break!

**Emily Gallagher (Director of Student Activities)**

- Good luck with finals!

**Clay Barnett (Director of Diversity, Equity, & Inclusion)**

- Lock in these next few weeks
- ALD 1889 day is February 1st, 2023 at 6pm in the Corey Union Function Room
  - o  Clay will be spamming our email to remind us
  - o  Clay hopes to see everyone there

**CJ Johnson (Public Relations)**

- Good luck with finals!

**Emily Sommer (Vice President)**

- SUNY SA was successful
  - o  Cortland is one of the only schools where the vice president chairs senate
- Spring senate dates are set
- Club presidents should have received an email from Parker and Emily with an end of the semester checklist
- If you have your clubs constitution upload it to your clubs Cortland Connects page and send a copy to Emily
- Good luck with finals!

**Campus And Cabinet Questions**



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

- Gospel Choir asked where treasure training is
  - o  Corey Union Exhibition Lounge January 28th, 2024 2:30pm
- Dartfish asked if club spaced have to be cleared out by the end of the semester
  - o  The Corey renovation has been delayed to spring of 2026 so club spaces do not have to be cleared out this year

**Old Business**

### Approval of Previous Meeting's Minutes

*Motion: Tony Thompson*

*Second: Vincent Aquino*

*Approved by Vice President*

**New Business**

### Approve At Large Senator Hunter Martorella

*Motion: PRIDE*

*Second: SAB*

*Motion Passes*

### Approve Of Dormant Clubs: AAPISU, Know Your Roots, Investment Club and Young Dems

*Motion: Hunter Martorella*

*Second: Tony Thompson*

*Motion Passes*

### Approve Pride Club's Revised Constitution

*Motion: Riley Meckley*

*Second: Chemistry Club*

*Motion Passes*



**Approval of Turning Point USA**

- **Pride club asked if TPUSA has a SGA rep?**
  - o   Megan the vice president will also serve as the SGA rep
- **Tony Thompson asked why each member was interested in TPUSA?**
  - o   Gabriella said she's been interested since she was young and jumped on the opportunity when she heard they were interested in bringing it to campus, she's very passionate about TPUSA and has heard positive feedback about allowing open discussion
  - o   Megan didn't know about TPUSA before but after doing research feels it is something we need on campus and will allow students to talk to each other in a respectful manner
  - o   Liv has always been intreated in TPUSA and feels as though it provides a level of freedom of speech for everyone to express their opinions
  - o   Molly is a freshmen political science major and feels like their is a lack of democracy focused clubs, she does enjoy bridge but wanted something with more networking opportunities and TPUSA does that
- **Curly Kinky Coily Hair asked TPUSA to explain their non discrimination clause in their constitution?**
  - o   TPUSA said that clause came from the TPUSA bylaws but can also be found in every other clubs **constitution** from Cortland
- **Men Of Value and Excellence asked what kinds of discussion TPUSA feels need to be had on campus?**
  - o   TPUSA believes the world is in shambles right now and people are taking sides without hearing people out
  - o   The middle east would be a topic they'd like to discus and learn about what's going on
- **Pride asked why there is already a registered chapter of TPUSA at Cortland on the TPUSA website with the SUNY Cortland logo, the names of the officers? Does TPUSA realize SUNY the Cortland logo without approval is a violation of the student code of conduct?**
  - o   TPUSA  was not aware this was on the website and stated it could be from the previous attempt to get Turning Point on campus
  - o   Gabriella stated they do not have control of the website and will contact the leader of the upstate schools to take the information down



- **SVMC said the langue used in the discrimination clause was not the same as other clubs and the part about unless "state law allows for it" was concerning?**
  - ○ TPUSA said they would be willing to take it out and reword the section of their bylaws
- **Physics And Engineering asked how they'd spend their budget is they got approved as well as what speaker and events they'd bring to campus?**
  - ○ TPUSA stated they'd only need 200 dollars from SGA to get tabling supplies
  - ○ They don't have the spring semester speaker list yet since the organization hasn't sent out the list yet
  - ○ Yeonmi Park is someone they'd be interested in bringing
- **Vincent Aquino asked if TPUSA knew the organization was tabling outside the education building in September and that only SGA clubs can table?**
  - ○ TPUSA weren't apart of the organization yet and doesn't know if organization went though
- **History said in the constitution it claims they will be a nonpartisan club but on twitter the organization is supporting republican views and candite's?**
  - ○ TPUSA the club would not come out and support a candidate and the four members of the E-Board are nonpartisan
- **PASA asked how TPUSA plans to facilitate discussions that may get heated and rowdy?**
  - ○ TPUSA plans to have a mediator at all events and meetings that way nothing gets out of hand
  - ○ If a member does act disrespectfully they will not be invited back and they will discus it with Joe and Emily
- **SCRA stated the TPUSA website says they educate clubs on combating the left, why does the club make the notion that they wont abide by that?**
  - ○ TPUSA said they are just here to have a conversation
  - ○ The E-Board attended a TPUSA event at SUNY Buffalo where Candance Owens spoke and it was very peaceful and respectful conversation
  - ○ The four officers are hoping to have respectful conversations and not reflect everything the official website and Twitter
- **Clay Barnett said if the diversity cause bothered our community we should revisit the langue to uplift marinized voice**
  - ○ TPUSA agreed
- **French club asked how much of the TPUSA organization they planned on representing?**



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

- o   Turning point as an organization allows you to disagree and be in the middle of things
- o   They do support Turning Point but are not afraid to disagree
- o   TPUSA supports and encou**rages American values**
- **Hillie asked why they are choosing to associate themselves with Turning Point if they don't agree with their views, why not make a separate club at that point?**
  - o   The board does like Turning Point speakers and what the organization stands for which is small government independent thinking but just because Turning Point puts something out doesn't mean the club agrees with it
  - o   They are choosing to associate with Turning Point because the four of them would not be able to bring the speakers they want to campus alone and have the conversations they want to have without Turning Point
- **Spanish Club asked for clarification if they were affiliated with the higher organization or not?**
  - o   TPUSA said they are affiliated but the four of them would be a club directly with the student government at Cortland
- **SAB stated they are a constitution organization but looking at their constitution it's the same as the constitution on the Turning Point website just with the word conservative taking out?**
  - o   The **constitution** is the purpose of Turning Point but they are open to everyone
  - o   It is not just a conservation group, they took that word out so it would be open to everyone
  - o   The four of them would like to make the club open to everyone whether they agree with the Turning Point website or not
- **Hunter Martorella asked how they plan on having Turning Point not endorse specific candite's, if they are paying for the speakers and if they planned on having speakers across the political spectrum?**
  - o   Turning Point has a lot of speakers, the ones coming to campus would be dependent on the spring roster
  - o   Turning Point as an organization would not be influencing who comes to campus
- **Cortland Writers Association stated one of the officers said there weren't clubs on campus who supported democracy but there are clubs who allow for nonpartisan views so why create a whole new club?**
  - o   Molly stated she went to a NYPIRG meeting and felt like she wasn't getting anything out of it since there was no debate but she would like to join some of the other clubs and see how the differ



- **Time Yield To BSU Advisor**
  - o **Advisor listed off hateful statements and actions that have been connected back to Turning Point, advisor asked TPUSA what they thought of these actions and statements?**
    - ▪ TPUSA said most of those statements and stories were taken out of context and cut short
    - ▪ There is nothing wrong with letting students support Turning Point and let their voices be hear
- **Joe Mascetta asked what the professor watch list is and if they play on bringing it to Cortland?**
  - o TPUSA said it is a list of professor who discriminate against students
  - o Turning Point only puts professors on this list if a formal complaint is filed
  - o Turing Point stands for free speech and students deserver to know of events that limit that
  - o TPUSA does not stand for any kind of discrimination
- **Pre Med Club stated most students are in club for opportunity or passion, what would TPUSA provide for students?**
  - o TPUSA would open up careers in marketing and give students the opportunity to travel and network
- **Mind Over Everything asked what the American freedoms and value TPUSA keeps referring to are?**
  - o TPUSA said the first amendment right to have a conversation that wont lead to and argument and disagreement
  - o Supporting one another no matter what political view
- **NAACP asked TPUSA to clarity if they are affiliated with the Turning Point organization or no because as an affiliated club there are rules that have to be followed and how are you planning on making everyone feel comfortable in your club?**
  - o TPUSA stated the club is open to everyone
  - o Turning Point has no say or leverage in what the club does on campus
- **Time Yielded To Marissa(NYPIRG)**
  - o **Marissa asked if TPUSA would be open to joining NYPIRGS voter registration efforts and working together?**
    - ▪ TPUSA said they would like to
- **CRU asked that everyone ask questions pertaining to the current officers of the club instead of those who previously represented it**



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

**Call For Question**

*Motion: Tony Thompson*

*Second: Chemistry Club*

*Motion Denied*

- **Men of excellence and value asked how TPUSA plans to make those reading some of the post on the Turning point website regarding what speakers have said feel comfortable in their club?**
    - o   All the Turning point speakers come from different background
    - o   If a person doesn't agree with a speaker they don't have to attend an event
- **Mercy Aladegboungbe stated that all the speakers at American fest last year were conservative's who peddled racism, as a person of color she feels un comfortable for these people to be on campus, how does TPUSA feel about that?**
    - o   TPUSA said there was nothing wrong with conservative speakers
    - o   It is our personal choices to attend events or not
    - o   This does not mean the girls support what was said at American fest
- **Riley Meckley asked if their club allows diversity and encourage sovereignty of thought?**
    - o   TPUSA said yes
- **Riley Meckley asked if TPUSA thought voting no to TPUSA is voting no to anyone who thinks different than you?**
    - o   TPUSA said there are so many different groups on campus and having a group like TPUSA would be very beneficial to campus
- **Education club stated they loved the idea behind the club and asked if they would ever disaffiliating with the Turning Point organization?**
    - o   TPUSA would not like to dissociate with the organization
    - o   They belief in the organization
- **Pride asked the cabinet how the removal of their budget would work, if they were to violate SGA bylaws, if they are being funded from Turning Point?**
    - o   Joe stated their are different ways to redemand clubs besides freezing a clubs budget
- **Vincent Aquino stated that UPD was at the Turning Point tabling in September and asked if they knew about this or are in contact with the induvial that tabled?**



- o TPUSA did not hear anything about UPD
- o They are not in contact with those who tabled
- **Crochet Club Yielded Time To Advisor**
  - o **Advisor asked if any of the E-Board went to any of the events held about the middle east this semester and what they thought of them and where do they see their club filling in the blanks they said exist?**
    - ▪ TPUSA said they were not able to attended any of the events
    - ▪ In the future they'd like to have speaker come and discus topic like this
- **PASA asked the cabinet how they plan to address the concerns about Turning point tabling without permission and the SUNY Cortland logo being used on the website?**
  - o Joe stated at the time of the tabling TPUSA was not a club so there is nothing SGA can do
  - o The website is a college issue outside of SGA
- **Curly Kinky Coily Hair asked what American freedoms and values TPUSA is refer to when professor are put on their watch list for not supporting American freedoms? Does TPUSA support what is on the watch list and will there be dual arguments on the topic?**
  - o TPUSA says they are referring to the bill of rights and the constitution
  - o TPUSA does not stand for professors imposing on student rights of freedom of speech

## Call For Question

*Motion: Tony Thompson*

*Second: MOE*

*Motion Passes*

## Motion To Deny TPUSA

*Motion: Vincent Aquino*

*Second: Pride*

*Motion Passes*

## Public Comment

Exhibit 6, Page 13



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

- **SAB**
  - o SAB is hosting a comedy event Wednesday November 29th, 2023, from 8pm-9pm in the Exhibition Lounge
  - o Friday December 1st, 2023 SAB is hosting a destress for final event from 4pm-8pm in the Exhibition Lounge
- **ARA**
  - o ARA will be tabling Friday December 1st, 2023 from 3pm-5pm in the bottom of Corey Union
- **Cru**
  - o If you denied TPUSA, respect to your opinion, questions yourself how you would feel if that was your point of view
- **History Club**
  - o If history club would like to design merch if it just said SUNY Cortland would it be copy right
    - ▪ Joe said to just put the proof of concept in the PO request
  - o Kee thanked everyone and loved coming to Senate
- **MOE**
  - o Monday December 4th, 2023 MOE will be hosting MOE mindfulness to de-stress before finals
- **MOVE**
  - o Move is having celebration of men Sunday December 3rd, 2023
    - ▪ The link to nominate any man on campus can be found in Move's Instagram
- **PASA**
  - o PASA is having a taste of African on Saturday December 2nd, 2023 from 2pm-5pm in the Corey Union Exhibition Lounge
- **Female Force**
  - o Female Force will be hosting a Zumba class on December 5th, 2023 at 7pm

**Adjournment- 9:01pm**

*Motion to Adjourn: Hunter Martorella*



Corey Union, Room 217
Office: (607)753-4816
Fax: (607)753-2807
sga@cortland.edu

*Seconded by: CWA*