# EXHIBIT 7


1:18
LTE
SC
SUNY Cortland · 26m
This is an anonymous site so I wanna take this chance to debate about Turning Point USA, be civil but how do you guys feel about it?
1
OP
also if someone can like explain this more to me i would appreciate it
22m Reply
1
#1 ▸ OP
Don't google it...
20m Reply
1
#2
I will voice my opinion on the matter and before I get backlash I'd like to say I respect others views they just don't align with mine and that's ok. I find it to be a disturbing club. They say that they stand for the first and second amendments but have been seen being openly racist and homophobic. The people within this organization stand behind certain people that I personally find sickening.
5m Reply
0
Write a comment...

10:23 LTE

OP ▸ #6

Embarrassing that there are paragraphs on this post about a topic that just got denied

30m Reply ••• 7

#7

Whether the girls who spoke today believe it or not , turning point usa would bring a negative air to this campus. Do I think that's what they mean to do? No.
I think they have the best intentions for that club. But having TPusa on our campus would allow for hate to fester in the darkness.

22m Reply ••• 12

#8

i am all for letting everyone speak their voice, but having them on campus would make the women, trans people, and general lgbtq+ community feel unsafe on campus. not what we are looking for

15m Reply ••• 8



#7 ▸ #8

Exactly. I was going to vote yes until I learned about how hateful of a group it is. I'm ALL for different political groups having clubs, meeting and associating on this campus . I draw the line at hate. And only respecting those who the federal government says they have to.

13m Reply ••• 8

Write a comment...


11:33
LTE
SC
SUNY Cortland · 31m
what about schools like bing and oswego that have TP USA.. i'm not sure why a group like this can't exist on our campus. it's a political club, if you're interested in it join, if not don't
-3
#1
I think it's bc of the people that TPusa supports. If they existed as their own club without the backing of TP they probably would've been voted in. It was just the issue of the organization itself
27m Reply
3
#2
I really agree with this, if other schools have it we should too. I think the girls running it were educated and could've brought it more people as well
25m Reply
1
Write a comment...


3:28
◂ App Store
SC
SUNY Cortland · 17h
What's turning point
6
#1
What I'm wondering
16h Reply •••
1
#2
A generally hateful org (racist homophobic antisemitic) that likes to pretend it's non partisan and good. This isn't even a red vs blue kinda way - all the dudes who keep trying to bring it are genuinely scary and have really scary views on other ppl
14h Reply •••
2
Write a comment...


7:48
LTE
SUNY Cortland · 6h
let me tell you when I heard someone was trying to bring TP to Cortland imagine my surprise when it was four dainty sorority girls
11
#1
What exactly is TP?
6h Reply
1
OP ▸ #1
Turning Point USA , it's a club you can start on a college campus that is very conservative and talks about limited government and free market. Unfortunately instead of sticking to that they also are transphobic, oppose Black Lives Matter and think that women should remain uneducated and stay in the home raising children and cooking for men
6h Reply
20
#1 ▸ OP
What the actual fuck. I'm actually shocked
6h Reply
1
OP ▸ #1
Write a comment...


3:24
◂ App Store
#1 ▸ OP
What the actual fuck. I'm actually shocked
13h Reply •••
1
OP ▸ #1
Yeah I was too!
13h Reply •••
1
#2
No it's not at all surprising. There are plenty of women who have internalized misogyny and actively vote against their own interests
13h Reply •••
22
#3
Not surprising at all tbh. Last year or whatever it was some very freaky dude bros
13h Reply •••
7
#4
TP USA are fake libertarians not nearly extreme enough on their anti government stances
12h Reply •••
8
Write a comment...