

**Sera Yoon**
Associate
Direct Dial: 518.433.2444
seyoon@hodgsonruss.com

March 12, 2024

**Via ECF Only**

Hon. Mae A. D'Agostino
United States District Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

    Re: *Turning Point USA at SUNY Cortland et al v. Cortland College Student Association et al*
       Case No.: 5:24-cv-00253 (MAD/ML)

Dear Judge D'Agostino:

  This firm represents Defendant Cortland College Student Association ("Student Association") in the above captioned matter. In accordance with Your Honor's Individual Rules, I submit this unopposed letter motion to request a three-week extension of time to answer, move, or otherwise respond to the Complaint up to and including April 4, 2024.

  Student Association's current deadline to respond to the complaint is March 14, 2024. This is Student Association's first request for an extension of this deadline. This extension will not affect any other scheduled dates or deadlines. Counsel for Plaintiffs and the other Defendants consent to the requested extension of time, and ask that the deadlines for all Defendants be extended to the same date.

  We appreciate Your Honor's courtesy and consideration.

            Respectfully submitted,

            */s/ Sera Yoon*

            Sera Yoon

cc: *All counsel via ECF*

677 Broadway, Suite 401, Albany, New York 12207 | 518.465.2333 | HodgsonRuss.com

Albany ■ Buffalo ■ Greensboro ■ New Jersey ■ New York ■ Palm Beach ■ Rochester ■ Saratoga Springs ■ Toronto

17183621v1