

**Aaron Saykin**
Partner
Direct Dial: 716.848.1345
Direct Facsimile: 716.961.7933
ASaykin@hodgsonruss.com

April 29, 2024

*Via CM/ECF*

Hon. Mae A. D'Agostino, U.S. District Judge
Hon. Miroslav Lovric, U.S. Magistrate Judge
Northern District of New York
PO Box 7367
Syracuse, New York 13261

Dear Judge D'Agostino and Judge Lovric:

    Re:   *Turning Point USA at SUNY Cortland, et al. v. Cortland College Student Association, et al.*, Case No. 5:24-cv-00253-MAD-ML

    We represent Defendant Cortland College Student Association. We write on behalf and with the consent of all parties.

    During a conference on April 11, 2024, the Court set a deadline of May 2, 2024 for Defendants to file a motion to dismiss the Complaint. The parties jointly ask the Court to extend that deadline by 60 days to allow them to engage in good faith settlement discussions without incurring additional attorneys' fees on potentially unnecessary pleadings and motions. The parties also request that the May 23, 2024 conference with the Court and any intervening deadlines be temporarily adjourned. This is the first time that the parties have requested such an extension.

    Respectfully submitted,

    Aaron Saykin (admitted *pro hac vice*)

cc: All counsel of record (via CM/ECF)

The Guaranty Building, 140 Pearl Street, Suite 100  |  Buffalo, New York 14202  |  716.856.4000  |  hodgsonruss.com

Albany  ■  Buffalo  ■  Greensboro  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto