

**Aaron Saykin**
Partner
Direct Dial: 716.848.1345
Direct Facsimile: 716.961.7933
ASaykin@hodgsonruss.com

July 2, 2024

*Via CM/ECF*

Hon. Mae A. D'Agostino, U.S. District Judge
Hon. Miroslav Lovric, U.S. Magistrate Judge
Northern District of New York
PO Box 7367
Syracuse, New York 13261

Dear Judge D'Agostino and Judge Lovric:

      Re:   *Turning Point USA at SUNY Cortland, et al. v. Cortland College Student Association, et al.,* Case No. 5:24-cv-00253-MAD-ML

      We represent Defendant Cortland College Student Association.  We write on behalf and with the consent of all parties.

      **The parties have agreed to terms to settle this action**.  We respectfully ask the Court to grant us an additional 30 days to finalize the settlement.  The Court previously extended the deadline to July 3, 2024 for Defendants to respond to the Complaint.  *See* Doc. 27.

      Respectfully submitted,

      Aaron Saykin (admitted *pro hac vice*)

cc: All counsel of record (via CM/ECF)