

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 1, 2024

<u>Via ECF</u>
Honorable Mae A. D'Agostino
United States District Court
James T. Foley - U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924

Re: *Turning Point USA at SUNY Cortland, et al. v. Cortland College Student Association, et al.,* 24-cv-253 (MAD/ML)

Dear Judge D'Agostino:

The parties in the above-referenced action are working collaboratively to finalize a settlement in this case. There is an agreement that Defendant Karkov will not be a settling party, and Plaintiffs will not pursue their claims brought in this litigation against Defendant Karkov. Toward that end, submitted herewith is a fully executed stipulation for the Court's consideration.

The Settlement Agreement is currently being circulated for signature and will be filed once all necessary signatures are obtained.

Respectfully submitted,

s/ Adrienne J. Kerwin

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

cc (via ECF): All counsel of record