UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TURNING POINT USA AT SUNY CORTLAND;
GABRIELLA DELORENZO; AND MEGAN
ROTHMUND,

                              *Plaintiffs*,

-against-

CORTLAND COLLEGE STUDENT ASSOCIATION;
ERIK BITTERBAUM, in his personal and official
capacities as SUNY Cortland President; and NIKOLAY
KARKOV, in his personal and official capacities as SUNY
Cortland Professor,

                              *Defendants.*

**STIPULATION AND ORDER PURSUANT TO FED. R. CIV. P. 21**

24-CV-0253

MAD/ML

---

*IT IS HEREBY STIPULATED AND AGREED* by and between the undersigned, attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, Nikolay Karkov be, and the same hereby is, dropped as a party in this action with prejudice pursuant to Rule 21 of the Federal Rules of Civil Procedure without costs to any party as against another.

Dated: Lansdowne, Virginia
      August 1, 2024

                        ALLIANCE DEFENDING FREEDOM
                        Attorneys for Plaintiffs
                        44180 Riverside Pkwy
                        Lansdowne, VA 20176

                        By: *Mathew Hoffmann*
                        Mathew Hoffmann
                        Telephone: (571) 707-4708
                        Email: mhoffmann@adflegal.org

Dated: Buffalo, New York
      August 1, 2024

                        HODGSON RUSS LLP
                        Attorneys for Defendant Cortland College Student Association
                        The Guaranty Building
                        140 Pearl Street
                        Suite 100
                        Buffalo, NY 14202-4040

                        By: *[signature]*
                        Aaron M. Saykin
                        Telephone: (716) 848-1345
                        Email: asaykin@hodgsonruss.com

Dated: Albany, New York
      August 1, 2024

                        LETITIA JAMES
                        Attorney General of the State of New York
                        Attorneys for Defendants Erik Bitterbaum and Nikolay Karkov
                        The Capitol
                        Albany, New York 12224-0341

                        By: *Adrienne Kerwin*
                        Adrienne J. Kerwin
                        Assistant Attorney General, of Counsel
                        Telephone: (518) 776-2608
                        Email: Adrienne.Kerwin@ag.ny.gov

Dated:   Albany, New York
         August 6, 2024

SO ORDERED:

*[signature]*

HON. MAE A. D'AGOSTINO
UNITED STATES DISTRICT COURT JUDGE