IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| **TURNING POINT USA AT SUNY CORTLAND**; **GABRIELLA DELORENZO**; AND **MEGAN ROTHMUND**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CORTLAND COLLEGE STUDENT ASSOCIATION**; **ERIK BITTERBAUM**, in his personal and official capacities as SUNY Cortland President; AND **NIKOLAY KARKOV**, in his personal and official capacities as SUNY Cortland professor,<br><br>*Defendants*. | Case No. 5:24-cv-00253-MAD-ML |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Turning Point USA at SUNY Cortland, Gabriella Delorenzo, and Megan Rothmund dismiss this action with prejudice and with each party to bear his, her, or its own costs and fees.

Respectfully submitted this 12th day of August, 2024.

LETITIA JAMES
Attorney General of the State of New York
Attorneys for Defendant Erik Bitterbaum
The Capitol
Albany, New York 12224-0341


*/s/ Adrienne J. Kerwin*
Adrienne J. Kerwin
Assistant Attorney General, of Counsel
T: (518) 776-2608
Adrienne.Kerwin@ag.ny.gov

*/s/ Mathew W. Hoffmann*
Tyson C. Langhofer
N.D.N.Y. Bar No. 702027
Mathew W. Hoffmann
N.D.N.Y. Bar No. 704728
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

1


...

| | |
|---|---|
| */s/ Aaron M. Saykin*<br>Aaron M. Saykin<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>T: (716) 848-1345<br>Email: asaykin@hodgsonruss.com<br><br>*Counsel for Defendant Cortland*<br>*College Student Association* | Michael G. McCartin<br>N.D.N.Y. Bar No. 511158<br>MICHAEL G. MCCARTIN LAW PLLC<br>38 Mall Way #513<br>West Sand Lake, NY 12196<br>Telephone: (518) 953-3333<br>mccartinlaw@gmail.com<br><br>*Counsel for Plaintiffs* |

Dated:  Albany, New York
        August ____, 2024

SO ORDERED:


_____
Hon. Mae A. D'Agostino
United States District Court Judge