IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| TURNING POINT USA AT SUNY CORTLAND; GABRIELLA DELORENZO; AND MEGAN ROTHMUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORTLAND COLLEGE STUDENT ASSOCIATION; ERIK BITTERBAUM, in his personal and official capacities as SUNY Cortland President; AND NIKOLAY KARKOV, in his personal and official capacities as SUNY Cortland professor, <br><br> *Defendants*. | Case No. 5:24-cv-00253-MAD-ML |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Turning Point USA at SUNY Cortland, Gabriella Delorenzo, and Megan Rothmund dismiss this action with prejudice and with each party to bear his, her, or its own costs and fees.

Respectfully submitted this 12th day of August, 2024.

LETITIA JAMES
Attorney General of the State of New York
Attorneys for Defendant Erik Bitterbaum
The Capitol
Albany, New York 12224-0341

*/s/ Adrienne J. Kerwin*
Adrienne J. Kerwin
Assistant Attorney General, of Counsel
T: (518) 776-2608
Adrienne.Kerwin@ag.ny.gov

*/s/ Mathew W. Hoffmann*
Tyson C. Langhofer
N.D.N.Y. Bar No. 702027
Mathew W. Hoffmann
N.D.N.Y. Bar No. 704728
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
T: (571) 707-4655
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

IT IS SO ORDERED:

*[signature]*
Mae A. D'Agostino
U.S. District Judge

Dated: 8/13/2024
Albany, NY

1

<div style="display: flex;">

  /s/ Aaron M. Saykin
Aaron M. Saykin
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202
T: (716) 848-1345
Email: asaykin@hodgsonruss.com

*Counsel for Defendant Cortland College Student Association*

Michael G. McCartin
N.D.N.Y. Bar No. 511158
MICHAEL G. MCCARTIN LAW PLLC
38 Mall Way #513
West Sand Lake, NY 12196
Telephone: (518) 953-3333
mccartinlaw@gmail.com

*Counsel for Plaintiffs*

</div>

Dated:  Albany, New York
        August ____, 2024

SO ORDERED:

_____
Hon. Mae A. D'Agostino
United States District Court Judge